

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00076-CV
_____

LEWIS E. GIBSON, Appellant

V.

PNC BANK, NATIONAL ASSOCIATION, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 24C0739-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Lewis E. Gibson filed a timely notice of appeal on August 25, 2025. The clerk's record was filed on October 8, 2025. Gibson's pro se appellate brief was due on November 7, 2025. When neither a brief nor a motion to extend time for filing same was received by November 24, 2025, this Court advised Gibson by letter that his brief was late. We also warned Gibson that the failure to file a brief by December 9, 2025, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Gibson did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of November 24, 2025, Gibson's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted:    January 6, 2026
Date Decided:      January 7, 2026